# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JERRY DEAN CLARK**                                                                                      **PLAINTIFF**

**v.**                            **Case No. 1:16-cv-00084 KGB/JTK**

**SHARP COUNTY JAIL,** *et al.*                                                                **DEFENDANTS**

## ORDER

Before the Court are Revised Proposed Findings and Recommendations ("Recommendations") from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 18). No objections to the Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommendations in their entirety as this Court's findings in all respects (*Id.*). Plaintiff Jerry Dean Clark's claims against separate defendants Sharp County Jail, Mark Counts, Does, Mark Haney, Kendra Cherokee, and Monica Devon are dismissed without prejudice for failure to state a claim upon which relief may be granted (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 16th day of October, 2017.

_____
Kristine G. Baker
United States District Judge