# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JERRY DEAN CLARK**  PLAINTIFF

v.  Case No. 1:16-cv-00084 KGB/JTK

**SHARP COUNTY JAIL,** *et al.*  DEFENDANTS

## ORDER

Before the Court are Proposed Findings and Recommendations ("Recommendations") from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 48). No objections to the Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommendations in their entirety as this Court's findings in all respects (*Id.*). The Court grants defendants Stan Haney and Michael Stephens' motion for summary judgment (Dkt. No. 41), and the Court dismisses with prejudice plaintiff Jerry Dean Clark's complaint against the remaining defendants Mr. Haney and Mr. Stephens. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 16th day of October, 2017.

Kristine G. Baker
United States District Judge