# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JERRY DEAN CLARK**                                                     **PLAINTIFF**

**v.**                   **Case No. 1:16-cv-00084 KGB/JTK**

**SHARP COUNTY JAIL,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Orders entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed. The Court dismisses without prejudice plaintiff Jerry Dean Clark's claims against separate defendants Sharp County Jail, Mark Counts, Does, Mark Haney, Kendra Cherokee, and Monica Devon. The Court dismisses with prejudice Mr. Clark's claims against separate defendants Stan Haney and Michael Stephens.

So adjudged this 16th day of October, 2017.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge